# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| JAMES BARRON and MORGAN BARRON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> LAKE NORMAN AUTO MALL, LLC, ) <br> WESTERN SURETY COMPANY, and ) <br> SUNTRUST BANK, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:14-cv-00160-RJC-DSC |

**ORDER**

**THIS MATTER** is before the Court on Plaintiffs' Consent Motion to Stay Initial Attorney's Conference. Having reviewed the Motion and for good cause shown, it is ORDERED that Plaintiffs' Motion is GRANTED and that the Initial Attorney's Conference is stayed until the Court issues a ruling on Plaintiff's Motion to Remand. IT IS FURTHER ORDERED that if the Court denies Plaintiff's Motion to Remand, the parties shall conduct the Initial Attorney's Conference within fourteen (14) days after such denial.

**SO ORDERED**.

Signed: April 25, 2014

David S. Cayer
United States Magistrate Judge