IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-160-RJC-DSC

| | |
|---|---|
| JAMES BARRON and MORGAN BARRON, ) ) Plaintiffs, ) ) ) LAKE NORMAN AUTO MALL, LLC, ) WESTERN SURETY COMPANY, and ) SUNTRUST BANK, ) ) Defendants. ) ) | ORDER |

## CONSENT ORDER REMANDING TO STATE COURT

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Remand (Doc. 9), wherein the Plaintiffs and the removing defendant, Lake Norman Auto Mall, LLC, have consented to the entry of this Order remanding this case to the Superior Court of Mecklenburg County, North Carolina, without any award by this Court of Plaintiffs' costs, expenses, or attorneys' fees under 28 U.S.C. 1447(c);

**THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion to Remand (Doc. 9) is hereby **GRANTED in part and DENIED in part**, as follows:

1. This case is hereby **remanded** to the General Court of Justice, Superior Court Division, of Mecklenburg County, North Carolina.

2. This Court **declines** to award Plaintiffs any of their costs, expenses, or attorneys' fees incurred as a result of the removal.

_____
Robert J. Conrad, Jr.
United States District Judge